UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

ShaQuera Phillips
                               Plaintiff,

v.                                                      Case No.: 1:25−cv−01805
                                                         Honorable April M. Perry

Insight Chicago, Inc.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2025:

       MINUTE entry before the Honorable Gabriel A. Fuentes: On the parties' joint motion to stay discovery pending settlement negotiations (doc. #19), the motion is granted in part and denied in part without prejudice. The 5/30/25 defense written discovery service date, and the 6/4/25 defense written discovery response service date, are extended to 6/30/25 and 7/30/25, respectively. The motion is otherwise denied without prejudice, in that it relates only that plaintiff is about to issue a demand to which defendant will "respond accordingly." There is no indication that a mediation is being set before either the magistrate judge or a private mediator, or that settlement proposals even have been exchanged yet. If the parties reach a point where they can say they are prepared to schedule a mediation or have done so, or if they can otherwise indicate that settlement is being pursued seriously, they are encouraged to renew their joint motion. All other discovery deadlines (including the still far−off 11/28/25 fact cutoff) stand. If the parties at any time wish mutually to engage in a settlement conference with the magistrate judge, or to explore that option with the magistrate judge, they should contact the courtroom deputy to initiate the scheduling, and they should feel free to review the Court's standing order for settlement conferences on the Court's website. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.